# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY JAROME EPPS, | : | |
| Plaintiff, | : | |
| v. | : | No.: 4:17-CV-1059 |
| J. FORTSON, ET AL., | : | (Judge Brann) |
| Defendants. | : | |

## ORDER

**AND NOW**, this 23rd day of January 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's letter to withdraw (Doc. 22) is construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1).

2. Plaintiff's request for voluntary dismissal is accepted and his pending action is **DISMISSED WITHOUT PREJUDICE**.

3. The Plaintiff's motions seeking an evidentiary hearing (Doc. 20) and for summary judgment (Doc. 21) are **DEEMED WITHDRAWN.**

4. Defendants' motion to dismiss (Doc. 14) is **DISMISSED AS MOOT**.

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge